# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG MICHAEL TITUS,
                    Appellant,
        vs.
RENEE BAKER, WARDEN,
                   Respondent.

No. 76221

FILED

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-298660

cc: Hon. Jim C. Shirley, District Judge
Craig Michael Titus
Attorney General/Carson City
Pershing County Clerk

